IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNNE GARROW | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 15-1468 |
| WELLS FARGO BANK, N.A. | : |

# O R D E R

AND NOW, this  7th   day of   October  , 2016, upon consideration of Defendant Wells Fargo Bank, N.A.'s Motion for Summary Judgment (ECF No. 24), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED**.  Judgment is entered in favor of Defendant Wells Fargo Bank, N.A., and against Plaintiff Lynne Garrow.  The Clerk of Court is directed to mark this case closed.

IT IS SO ORDERED.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**